**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF INDIANA

Case number (if known): _____    Chapter  11

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Built to Last Construction LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 45-4774465 |
| 4. | Debtor's address | **Principal place of business**<br><br>5347 Mount Pleasant North Street<br>Greenwood, IN 46142<br>Number, Street, City, State & ZIP Code<br><br>Johnson<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | www.btlindy.com |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | **Built to Last Construction LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
2361

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor   **Built to Last Construction LLC**  Case number (*if known*) _____
          Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 3

Debtor **Built to Last Construction LLC**        Case number (*if known*) _____
    Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | |
|---|---|
| Debtor | **Built to Last Construction LLC** |
| | Name |

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 16, 2025**
            MM / DD / YYYY

X _____    **Bradley Ford**
Signature of authorized representative of debtor    Printed name

Title    **Managing Member**

**18. Signature of attorney**

X _____    Date    **June 16, 2025**
Signature of attorney for debtor            MM / DD / YYYY

**Morgan A. Decker**
Printed name

**RUBIN & LEVIN, P.C.**
Firm name

**135 North Pennsylvania Street**
**Suite 1400**
**Indianapolis, IN 46204**
Number, Street, City, State & ZIP Code

Contact phone    **(317) 634-0300**    Email address    mdecker@rubin-levin.net

**27807-49 IN**
Bar number and State

# RESOLUTIONS OF THE SOLE MEMBER AND MANAGER OF
# BUILT TO LAST CONSTRUCTION LLC

The undersigned, being the sole member and manager ("Member") of Built to Last Construction LLC, an Indiana limited liability company (the "Company"), in accordance with and pursuant to Article 18 of Title 23 of the Indiana Code, hereby consents to, adopts, and approves the following resolutions, with the same force and effect as if such resolutions were duly adopted by the affirmative vote of the Member taken at a special meeting duly called and held on the _Special meeting 14 June 2025_ ("Effective Date"):

**WHEREAS**, in the judgment of the Member, based in part upon a review of the Company's assets and liabilities and in consultation with its advisors, it is desirable and in the best interests of the Company, its creditors, equity holders, and other interested parties that a voluntary bankruptcy petition (the "Petition") be filed by the Company pursuant to the provisions of subchapter V of chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code");

**NOW, THEREFORE, BE IT RESOLVED**, that the Company shall be, and hereby is, authorized, directed, and empowered to file the Petition and to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the same;

**IT IS FURTHER RESOLVED**, that the Member, Bradley William Ford ("Ford"), as Manager of the Company, is hereby authorized, directed, and empowered, on behalf of and in the name of the Company, to (i) execute and verify the Petition as well as all other ancillary documents and other documents related to the bankruptcy case and to cause the Petition to be filed with the United States Bankruptcy Court for the Southern District of Indiana and to make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as Ford, in his discretion, deems necessary or desirable in order to carry out the intent and accomplish the purposes of these resolutions (approval of any of the above-described documents to be conclusively established by the execution thereof by Ford); (ii) execute (a) a consent to the entry of an order for relief in an involuntarily-commenced chapter 11 or chapter 7 case, if any; (iii) execute, verify, and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents (including, without limitation, documents executed pursuant to which the Company shall receive or guarantee postpetition funding) necessary or desirable in connection with the foregoing; and (iv) execute and verify any and all other documents necessary or appropriate in connection therewith in such form as Ford may approve (such approval to be conclusively established by the execution thereof by Ford);

**IT IS FURTHER RESOLVED**, that the law firm of Rubin & Levin, P.C. is authorized, empowered, and directed to represent the Company, as debtor and/or debtor in possession, in connection with any case commenced by or against it under the Bankruptcy Code;

**IT IS FURTHER RESOLVED**, that Ford is authorized, directed, and empowered to retain on behalf of the Company such other attorneys, financial advisors, accountants, and other professionals as Ford shall deem appropriate in his judgment.

IT WITNESS WHEREOF, the undersigned Member of the Company has executed these Resolutions as of the Effective Date.

BUILT TO LAST CONSTRUCTION LLC

Date: 16 June 2025

By: *[signature]*
Name: Bradley William Ford
Its: Sole Member and Manager

Verification of Creditor List (rev 12/01/18)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

In re: )  Case No. _____
**Built to Last Construction LLC** )
) ☐ Check if this form is submitted with an amended creditor list.
)
Debtor(s). )

## VERIFICATION OF CREDITOR LIST

(I/We) declare under penalty of perjury that all entities included or to be included in Schedules D, E/F, G, and H are listed in the creditor list submitted with this verification. This includes all creditors, parties to leases and executory contracts, and codebtors.

(I/We) declare that the names and addresses of the listed entities are true and correct to the best of (my/our) knowledge.

(I/We) understand that (I/we) must file an amended creditor list and pay an amendment fee if there are entities listed on (my/our) schedules that are not included in the creditor list submitted with this verification.

Dated: **June 16, 2025**

*/s/ Bradley Ford*
**Bradley Ford**
Signature of Debtor

_____
Signature of Joint Debtor

**(Note: Certificate of Service not required.)**

AGCO FINANCE LLC
PO BOX 2000
JOHNSTON, IA 50131


BRADLEY FORD
4545 UPPER PATTON PARK ROAD
MARTINSVILLE, IN 46151


BRADLEY FORD
4545 UPPER PATTON PARK ROAD
MARTINSVILLE, IN 46151


BRADLEY FORD
4545 UPPER PATTON PARK ROAD
MARTINSVILLE, IN 46151


CAPITAL ONE TRADE CREDIT
P.O.BOX 17708
PORTLAND, ME 04112


CHASE INK
PO BOX 6294
CAROL STREAM, IL 60197


CORPORATION SERVICE COMPANY,
AS REPRESENTATIVE
P.O. BOX 2576
SPRINGFIELD, IL 62708

```
CRF SOLUTIONS
2051 ROYAL AVENUE
SIMI VALLEY, CA 93065




DEERE & COMPANY
6400 NW 86TH STREET
JOHNSTON, IA 50131




FBM LOGISTICS, LLC
1477 S. FRANKLIN ROAD
INDIANAPOLIS, IN 46239




FORD MOTOR CREDIT
PO BOX 650575
DALLAS, TX 75265-0575




HOME DEPOT
P.O.BOX 790411
SAINT LOUIS, MO 63179




HUNTINGTON NATIONAL BANK
45 N. PENNSYLVANIA STREET
SUITE 200
INDIANAPOLIS, IN 46204




JOHN DEERE FINANCIAL
PO BOX 4450
CAROL STREAM, IL 60197
```

LAW OFFICES OF REGENT & ASSOCIATES
500 LOVETT BLVD
SUITE 225
HOUSTON, TX 77006


LOWE'S CREDIT CARD
PO BOX 669824
DALLAS, TX 75266


MAHINDRA FINANCE USA, LLC
P.O.BOX 2000
JOHNSTON, IA 50131


NATIONAL FUNDING
330 NORTH BRAND BLVD
SUITE 700
GLENDALE, CA 91203


NAVITAS CREDIT CORP.
201 EXECUTIVE CENTER DRIVE
SUITE 100
COLUMBIA, SC 29210


QUICK BRIDGE FUNDING, LLC
4380 LA JOLLA VILLAGE DRIVE
SAN DIEGO, CA 92122


SECURCARE STORAGE
920 W COUNTY LINE ROAD
INDIANAPOLIS, IN 46217

SHELL CARD C/O WEX BANK
P.O. BOX 639
PORTLAND, ME 04104


THE HUNTINGTON NATIONAL BANK
5555 CLEVELAND AVENUE
GW1W37
COLUMBUS, OH 43231


THE MERCHANT MARKETPLACE HOLDINGS CORP
2777 SUMMER STREET
SUITE 501
STAMFORD, CT 06905


U.S. SMALL BUSINESS ADMINISTRATION
GENERAL COUNSEL, ATTN: BANKRUPTCY
332 S. MICHIGAN AVENUE, SUITE 600
CHICAGO, IL 60604


U.S. SMALL BUSINESS ADMINISTRATION
2 NORTH 20TH STREET
SUITE 320
BIRMINGHAM, AL 35203

Fill in this information to identify the case:

Debtor name: **Built to Last Construction LLC**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF INDIANA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| U.S. Small Business Administration General Counsel, Attn: Bankruptcy 332 S. Michigan Avenue, Suite 600 Chicago, IL 60604 | | COVID-19 Economic Injury Disaster Loan | | $455,077.45 | $45,390.50 | $409,686.95 |
| Huntington National Bank 45 N. Pennsylvania Street Suite 200 Indianapolis, IN 46204 | | Commercial Business Loan | | $72,482.45 | $57,390.50 | $60,482.45 |
| Chase Ink PO Box 6294 Carol Stream, IL 60197 | | Commercial Credit Card Account. | | | | $52,965.08 |
| The Merchant Marketplace Holdings Corp 2777 Summer Street Suite 501 Stamford, CT 06905 | | Merchant Cash Advance | | | | $46,670.05 |
| Home Depot P.O.Box 790411 Saint Louis, MO 63179 | | Commercial Credit Card Account. | | | | $21,552.00 |
| Quick Bridge Funding, LLC 4380 La Jolla Village Drive San Diego, CA 92122 | | Merchant Cash Advance | Disputed | $19,694.00 | $45,390.50 | $19,694.00 |
| Capital One Trade Credit P.O.Box 17708 Portland, ME 04112 | | Mendards Commercial Credit Card Account | | | | $10,979.00 |

Debtor   **Built to Last Construction LLC**　　　　　　　　　　Case number *(if known)*
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services. | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AGCO Finance LLC<br>PO Box 2000<br>Johnston, IA 50131 | | Equipment Loan - taken over by John Crane | Contingent | | | $10,000.00 |
| FBM Logistics, LLC<br>1477 S. Franklin Road<br>Indianapolis, IN 46239 | | Materials purchased. | | | | $7,476.00 |
| Lowe's Credit Card<br>PO Box 669824<br>Dallas, TX 75266 | | Commercial Credit Card Account | | | | $6,147.00 |
| Shell Card c/o Wex Bank<br>P.O. Box 639<br>Portland, ME 04104 | | Commercial Account | | | | $4,079.00 |
| Corporation Service Company,<br>as Representative<br>P.O. Box 2576<br>Springfield, IL 62708 | | Notice Only - Debt paid off, but UCC not terminated | Contingent<br>Disputed | $0.00 | $0.00 | $0.00 |
| Mahindra Finance USA, LLC<br>P.O.Box 2000<br>Johnston, IA 50131 | | Notice Only - Debt paid off, but UCC not terminated | Contingent<br>Disputed | $0.00 | $0.00 | $0.00 |
| Navitas Credit Corp.<br>201 Executive Center Drive<br>Suite 100<br>Columbia, SC 29210 | | Notice Only - Debt paid off, but UCC not terminated | Contingent<br>Disputed | $0.00 | $0.00 | $0.00 |

**Fill in this information to identify the case:**

Debtor name: **Built to Last Construction LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 16, 2025**          X _/s/ Bradley Ford_
                                        Signature of individual signing on behalf of debtor

                                        **Bradley Ford**
                                        Printed name

                                        **Managing Member**
                                        Position or relationship to debtor